JOHN WOOLIVER v. CITY OF McALESTER.
No. A-1620. Opinion Filed June 7, 1913.
Appeal from Pittsburg County Court;
B. P. Hammond, Judge.

John Wooliver was convicted of violating an ordinance of the city of McAlester, and he appeals. Affirmed.

J. G. Harley and Jas. R. Miller, for plaintiff in error.

PER CURIAM. The plaintiff in error, John Wooliver, was tried and convicted in the police court of the city of McAlester on a charge of violating a city ordinance. He appealed to the county court and on the trial anew was again convicted, and his punishment fixed at a fine of seventy-five dollars. There are some irregularities shown in the record, but upon the whole case we think the judgment is a proper one and should be affirmed. The judgment is affirmed with direction to the lower court to enforce the same.